IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| NICKLOS DRILLING COMPANY, § | | |
| Plaintiff, § | | |
| § | | |
| VS. § | | Civil Action No. 6:14-21 |
| § | | |
| ACE AMERICAN INSURANCE § | | |
| COMPANY, § | | |
| Defendant. § | | |

DEFENDANT ACE AMERICAN INSURANCE COMPANY'S RULE 7.1
DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

The following is a complete list of all persons, associates of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations or others legally entitled who are or which are financially interested in the outcome of this case.

1. Defendant ACE American Insurance Company ("ACE") is a corporation organized and existing pursuant to the laws of the Commonwealth of Pennsylvania, and with a principal place of business located in Philadelphia, Pennsylvania. ACE is a wholly owned subsidiary of INA Holdings Corporation, a Delaware Corporation. INA Holdings Corporation is an indirect, wholly owned subsidiary of ACE Limited. ACE Limited trades on the New York Stock Exchange using the ticker symbol "ACE." ACE Limited does not directly own any stock of ACE American Insurance Company.

2. Alicia G. Curran and the law offices of Cozen O'Connor represent ACE.

3. Nickolas Drilling Company ("Nickolas") is incorporated in Texas and maintains its principal place of business in Harris County, Texas.

4. Roy L. Barnes, Jesus Garcia, Jr. and the law offices of Tucker, Barnes, Garcia & De La Garza, P.C. represent Nickolas.

Respectfully submitted,

 /s/ Alicia G. Curran
Alicia G. Curran, Attorney-in-Charge
State Bar Number 12587500
Southern District Bar Number 19226
acurran@cozen.com

Of Counsel:
COZEN O'CONNOR
1717 Main Street, Suite 3400
Dallas, Texas 75201-7335
Telephone: (214) 462-3000
Facsimile: (214) 462-3299

ATTORNEYS FOR DEFENDANT
ACE AMERICAN INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of March, 2014, a true and correct copy of the above and foregoing was sent to Plaintiff's counsel, via certified mail, return receipt requested.

Roy L. Barnes
Jesus Garcia, Jr.
Tucker, Barnes, Garcia & De La Garza, P.C.
712 Main Street, Suite 1600
Houston, TX 77002
*Attorneys for Plaintiff*

 /s/ Alicia G. Curran
Alicia G. Curran