IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| NICKLOS DRILLING COMPANY, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:14-cv-21 |
| | § | |
| ACE AMERICAN INSURANCE | § | |
| COMPANY, | § | |
|     Defendant. | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Nicklos Drilling Company, the plaintiff, submits this Certificate of Interested Parties in accordance with the Order for Telephone Conference and Disclosure of Interested Parties dated March 17, 2014.

1. Nicklos Drilling Company.

    Respectfully submitted,

    /s/ Roy L. Barnes
    ROY L. BARNES
    State Bar No. 01772500
    RBarnes@TBGDLaw.com
    JESUS GARCIA, JR.
    State Bar No. 24027389
    Jgarcia@TBGDLaw.com

    TUCKER, BARNES, GARCIA &
    DE LA GARZA, P.C.
    712 Main St., Suite 1600
    Houston, Texas 77002
    (713) 228-7425
    (713) 228-7329 (Fax)

## **CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing document was served on the following via the Court's Electronic Filing System:

    Alicia G. Curran, Esq.
    1717 Main Street, Suite 3400
    Dallas, Texas 75201

on this 31st day of March, 2014.

          /s/ Roy L. Barnes
          ROY L. BARNES