# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| NICKLOS DRILLING COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:14-cv-21 |
| | § | |
| ACE AMERICAN INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S AMENDED CERTIFICATE OF INTERESTED PARTIES

Nicklos Drilling Company, the plaintiff, submits its Amended Certificate of Interested Parties. The following persons are financially interested in the outcome of this case:

1. Nicklos Drilling Company;

2. The First Liberty Insurance Corp., a subsidiary of Liberty Mutual Insurance Company; and

3. Ace American Insurance Company.  The defendant has reported that ACE American Insurance Company is a wholly owned subsidiary of INA Holdings Corporation; INA Holdings Corporation is an indirect, wholly owned subsidiary of ACE Limited;  <u>ACE Limited trades on the New York Stock Exchange using the ticker symbol "ACE;"</u> and that ACE Limited does not directly own any stock of ACE American Insurance Company.

Respectfully submitted,

 /s/ Roy L. Barnes
ROY L. BARNES
State Bar No. 01772500
RBarnes@TBGDLaw.com
JESUS GARCIA, JR.
State Bar No. 24027389
Jgarcia@TBGDLaw.com
TUCKER, BARNES, GARCIA &
DE LA GARZA, P.C.
712 Main St., Suite 1600
Houston, Texas 77002
(713) 228-7425
(713) 228-7329 (Fax)

# CERTIFICATE OF SERVICE

        I certify that a true and correct copy of the foregoing document was served on the following via the Court's Electronic Filing System:

        Alicia G. Curran, Esq.
        1717 Main Street, Suite 3400
        Dallas, Texas 75201

on this __2nd__ day of May, 2014.

        /s/ Roy L. Barnes
        Roy L. Barnes