IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| NICKLOS DRILLING COMPANY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. V-14-021 |
| | § | |
| ACE AMERICAN INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

# **FINAL JUDGMENT**

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Ace American insurance Company's Motion for Summary Judgment [Doc. # 10] is **GRANTED** and judgment is entered that Ace does not have a duty to defend Wagner in *Miramar Petroleum, Inc. v. American Petroleum Drilling Fluids, Inc., et al.*, Cause No. 13-6-14449, in the 267th Judicial District Court of Jackson County, Texas.

This is a final, appealable judgment.

SIGNED at Houston, Texas, this **5th** day of **November, 2014**.

_____
Nancy F. Atlas
United States District Judge